**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAIRYLAND INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEISER PAZ ) | |
| SERVE AT:   509 Ohio Street ) | |
|                   Tribune, KS 67879 ) | |
| ) | |
| DONILDA MARIBEL GUTIERREZ PORTILLO ) | |
| SERVE AT:   509 Ohio Street ) | |
|                   Tribune, KS 67879 ) | |
| ) | |
| BRILEAN XIOMARA GUTIERREZ PORTILLO ) | Case No. 6:19-cv-01118-EFM-ADM |
| SERVE AT:   509 Ohio Street ) | |
|                   Tribune, KS 67879 ) | |
| ) | |
| S.Y.P.G., a minor, by and through her ) | |
| natural father and general guardian ) | |
| GEISER PAZ ) | |
| SERVE AT:   509 Ohio Street ) | |
|                   Tribune, KS 67879 ) | |
| ) | |
| MEGAN WIESLAND RASURE ) | |
| SERVE AT:   4906 Cedar Drive ) | |
|                   West Des Moines, IA 50266 ) | |
| ) | |
| E.R., a minor, by and through his natural ) | |
| mother and general guardian ) | |
| MEGAN WIESLAND RASURE ) | |
| SERVE AT:   4906 Cedar Drive ) | |
|                   West Des Moines, IA 50266 ) | |
| ) | |
| M.R., a minor, by and through her ) | |
| natural mother and general guardian ) | |
| MEGAN WIESLAND RASURE ) | |
| SERVE AT:   4906 Cedar Drive ) | |
|                   West Des Moines, IA 50266 ) | |
| ) | |
| Defendants. ) | |

1

## AMENDED COMPLAINT FOR INTERPLEADER

1. Plaintiff Dairyland Insurance Company is a Wisconsin insurance company with its principal place of business in the State of Wisconsin and authorized to do business in Kansas.

2. Defendant Donilda Maribel Gutierrez Portillo is a Kansas resident who may be served at 509 Ohio Street, Tribune, Kansas 67879.

3. Defendant Geiser Paz is a Kansas resident who may be served at 509 Ohio Street, Tribune, Kansas 67879.

4. Defendant Brilean Xiomara Gutierrez Portillo is a Kansas resident who may be served at 509 Ohio Street, Tribune, Kansas 67879.

5. Defendant S.Y.P.G. is a minor who may be served at 509 Ohio Street, Tribune, Kansas 67879.

6. Defendant Megan Wiesland Rasure is an Iowa resident who may be served at 4906 Cedar Drive, West Des Moines, Iowa 50266.

7. Defendant E.R. is a minor who may be served at 4906 West Cedar Drive, West Des Moines, Iowa 50266.

8. Defendant M.R. is a minor who may be served at 4906 Cedar Drive, West Des Moines, Iowa 50266.

## JURISDICTION AND VENUE

9. This Court has jurisdiction over this action pursuant to 28 USC §1332(a)(1) because Dairyland is a citizen of the State of Wisconsin and Defendants are citizens in the States of Kansas and Iowa, and the matter in controversy exceeds $75,000.00, exclusive of interest and costs.

10. Venue is proper in this Court pursuant to 28 USC §1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in the District of Kansas.

## FACTUAL BACKGROUND

11. Dairyland issued Policy No. 164622889 to Defendant Geiser Paz as the named insured, with a bodily injury liability limit of $50,000 per person / $100,000 per accident. *See* Policy Declarations, Exhibit A, p. 1.

12. Policy No. 164622889 insured a 2005 Toyota Highlander.

13. On October 8, 2018, Hazel Barragan operated the insured 2005 Toyota Highlander and was involved in an automobile accident with a 2017 Chevrolet Suburban operated by Megan Rasure.

14. As a result of the accident, Defendants have or may make claims of bodily injury and resulting damages.

15. The claims of Defendants all arise out of the same accident.

16. The damages claimed by Defendants as a result of the accident will exceed the bodily injury limits of Policy No. 164622889.

## INTERPLEADER

17. Given the limits of bodily injury liability under Policy No. 164622889, Dairyland may be exposed to double or multiple liability.

18. As Dairyland may be exposed to double or multiple liability, the Defendants should be required to interplead their claims pursuant to Federal Rule of Civil Procedure 22.

19. Dairyland further states that it may not be liable in whole or in part to any or all of the Defendants.

20. Pursuant to Federal Rule of Civil Procedure 67, Dairyland seeks to deposit the $100,000.00 of bodily injury liability insurance coverage under Policy No. 164622889 into the Court registry, so the Court can determine who has the right to receive the $100,000.00 in bodily injury liability coverage under the policy as a result of the motor vehicle accident and to avoid multiple liabilities for the same loss.

21. Once Dairyland deposits $100,000.00 in the Court registry, Dairyland, its named insured Geiser Paz, and the insured driver Hazel Barragan should be released from all liability to Defendants for damages arising out of the October 8, 2018 motor vehicle accident.

22. Notwithstanding Dairyland's deposit of $100,000.00 into the Court registry, Dairyland reserves the right to assert that the insured driver Hazel Barragan and the named insured Geiser Paz may not be liable for that amount to any and/or all of the Defendants.

WHEREFORE, Plaintiff Dairyland Insurance Company prays the Court as follows:

1. Defendants be required to interplead their claims;

2. That after filing of this action, Plaintiff will deposit the sum of $100,000.00 to the registry of the Clerk of this Court in full and total satisfaction of all claims against Dairyland, its named insured Geiser Paz, and the insured driver Hazel Barragan;

3. For an Order apportioning the $100,000.00 among the claimants; and

4. An Order allowing Plaintiff to withdraw from this litigation once the funds have been deposited, and releasing and discharging Dairyland, its named insured Geiser Paz, and the insured driver Hazel Barragan from any further liability to Defendants.

Respectfully submitted,

FOLAND, WICKENS, ROPER,
 HOFER & CRAWFORD, P.C.


     */s/ John M. Brigg*
W. James Foland          KS #70116
John M. Brigg            KS #18211
1200 Main Street, Suite 2200
Kansas City, MO 64105-2159
816-472-7474 / 816-472-6262 Facsimile
jfoland@fwpclaw.com
jbrigg@fwpclaw.com
***ATTORNEYS FOR PLAINTIFF***