**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAIRYLAND INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 6:19-cv-01118-EFM-ADM |
| | ) |
| GEISER PAZ, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF DAIRYLAND INSURANCE COMPANY'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

1. Parent corporations: Dairyland Insurance Company is a wholly-owned subsidiary of Sentry Insurance a Mutual Company.

2. Publicly held corporations owning 10% or more of its stock: None.

Respectfully submitted,

FOLAND, WICKENS, ROPER,
 HOFER & CRAWFORD, P.C.

 */s/ John M. Brigg*
W. James Foland KS #70116
John M. Brigg KS #18211
1200 Main Street, Suite 2200
Kansas City, MO 64105-2159
816-472-7474
816-472-6262 Facsimile
jfoland@fwpclaw.com
jbrigg@fwpclaw.com
***ATTORNEYS FOR PLAINTIFF***