IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAIRYLAND INSURANCE COMPANY,

    Plaintiff,

-vs-

GEISER PAZ, DONILDA MARIBEL
GUTIERREZ PORTILLO, et al:

    Defendants,

AND                                     Case No. 6:19-cv-01118-EFM-ADM

GEISER PAZ, individually, and on behalf of
S.Y.P.G., a minor, as father, legal guardian and
next best friend and DONILDA MARIBEL
GUTIERREZ PORTILLO,

    Third Party Plaintiffs,

-vs-

HAZEL BARRAGAN,

    Third Party Defendant,

## RETURN ON SERVICE

    Plaintiff, by and through counsel of record, Bradley A. Pistotnik and J. Corey Sucher of Brad Pistotnik Law, P.A. and provides the Court with notice that Plaintiff has served upon Third Party Defendant, Hazel Barragan, the Summons and Third-Party Complaint by certified mail on June 14, 2019.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Hazel Barragan   C. Date of Delivery 6-14-19 |
| 1. Article Addressed to:<br>Hazel Barragan<br>790 D'Laa Dr. Apt. 11<br>Goodland, Kansas 67735 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4598 8278 0739 99 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 0700 0000 9829 0567 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

Respectfully submitted,

**BRAD PISTOTNIK LAW, P.A.**

/s/Bradley A. Pistotnik
Bradley A. Pistotnik, #10626
10111 E. 21st Street, Suite 204
Wichita, Kansas 67206
316-684-4400/Fax: 316-684-4405
brad@bradpistotniklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system, thereby giving notice to all counsel of record on this 21st day of June, 2019.

/s/Bradley A. Pistotnik
Bradley A. Pistotnik, #10626