## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DAIRYLAND INSURANCE COMPANY, )
)
                  Plaintiff,        )
)
   vs.                       )   Case No. 6:19-cv-01118-EFM-ADM
)
GEISER PAZ, et al.,          )
)
                Defendants.   )

   and

GEISER PAZ, *et al.,*        )
)
        Third-Party Plaintiffs,   )
)
   vs.                       )
)
HAZEL BARRAGAN,       )
)
      Third-Party Defendant.   )

### JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Dairyland Insurance Company filed this action to interplead its insurance coverage of its Policy 164622889.  Given the number of claimants and the alleged injuries, the total claims would exceed Dairyland's coverage.

Additional insurance coverage provided by a separate insurance carrier for this matter has been identified.  Given the total amount of insurance between the two carriers, Dairyland believes that all claims could be settled by mediation among the parties.  Dairyland requests the Court to stay this proceeding pending the mediation.

Defendants Geiser Paz, Donilda Maribel Gutierrez Portillo, and S.Y.P.G., a minor by and through her general guardian Geiser Paz, have entered an appearance.  These Defendants agree

with Dairyland's position and join this Motion.  No other party has entered an appearance.  A Memorandum in Support of this Motion is filed simultaneously.

WHEREFORE, Plaintiff Dairyland Insurance Company and Defendants Geiser Paz, Donilda Maribel Gutierrez Portillo, and S.Y.P.G. move the Court to stay the proceedings pending mediation by the parties.

Respectfully submitted,

FOLAND, WICKENS, ROPER,
 HOFER & CRAWFORD, P.C.


_/s/ John M. Brigg_
W. James Foland                 KS #70116
John M. Brigg                   KS #18211
1200 Main Street, Suite 2200
Kansas City, MO 64105-2159
816-472-7474
816-472-6262 Facsimile
jfoland@fwpclaw.com
jbrigg@fwpclaw.com
**ATTORNEYS FOR PLAINTIFF**

BRAD PISTOTNIK LAW, P.C.


_/s/ Bradley A. Pistotnik_
Bradley A. Pistotnik            KS #10626
J. Corey Sucher                 KS #27789
10111 E. 21st Street, Suite 204
Wichita, KS 67206
316-684-4400
316-684-4405 Facsimile
brad@bradpistotniklaw.com
corey@bradpistotniklaw.com
**ATTORNEYS FOR DEFENDANTS
GEISER PAZ, DONILDA MARIBEL
GUTIERREZ PORTILLO, AND S.Y.P.G.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2019 I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record.

_____/s/ John M. Brigg_____

**Attorney for Plaintiff Dairyland**
**Insurance Company**