IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAIRYLAND INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEISER PAZ, et al., ) <br> ) <br> Defendants. ) <br> and <br> ) <br> GEISER PAZ, *et al.,* ) <br> ) <br> Third-Party Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HAZEL BARRAGAN, ) <br> ) <br> Third-Party Defendant. ) | Case No. 6:19-cv-01118-EFM-ADM |

**MEMORANDUM OF LAW IN SUPPORT OF**
**JOINT MOTION TO STAY PROCEEDINGS**

**BACKGROUND**

Plaintiff Dairyland Insurance Company filed its interpleader due to claims arising out of an October 8, 2018 accident. Dairyland's policy insured the car, driven by Hazel Barragan, that was involved in the accident. As a result of the accident, Defendants in this case have or may make claims for bodily injuries as damages.

The Dairyland policy provided $50,000 per person / $100,000 per accident in bodily injury liability. Given the number of claims and the severity of the alleged injuries, the totality of the claims would exceed the bodily injury limits of Dairyland's policy.

The parties have determined that there is additional insurance coverage from a different insurance carrier for this accident. Given the total amount of insurance, Dairyland believes that all of the claims can be settled.

To date, only Defendants Geiser Paz, Donilda Maribel Gutierrez Portillo, and S.Y.PG., a minor by and through her general guardian Geiser Paz, have entered an appearance. These parties are in agreement to stay the proceedings pending mediation.

## ARGUMENT

It is well settled that the District Court has the power to stay proceedings pending before it and to control its docket for purposes of economy of time and effort for itself, for counsel, and for litigants. *Pet Milk Co. v. Ritter,* 323 F.2d 586, 588 (10th Cir. 1963). Granting the stay ordinarily lies within the discretion of the District Court. *Id.*

Staying this proceeding and allowing the parties to mediate the various claims would serve the purpose of economy of time and effort for the Court, for counsel, and for the litigants. The only Defendants who have entered an appearance and filed an Answer are in agreement with this Motion.

In addition, Separate Defendant Megan Rasure, through her attorney, and Third-Party Defendant Hazel Barragan, through her attorney, are also in agreement with mediation. The movants believe that, given the amount of insurance coverage, mediation has a good chance of being successful. The parties believe that they would be able to complete mediation by the end of October. Granting this Motion will not prejudice any party, nor would granting this Motion unduly delay the proceedings. Instead, granting a stay would permit the parties to explore mediation and likely settlement.

## CONCLUSION

The parties move the Court to stay the proceedings pending mediation. Given the status of this matter, the parties believe that it is likely that mediation will be successful.

Respectfully submitted,

FOLAND, WICKENS, ROPER,
 HOFER & CRAWFORD, P.C.


    */s/ John M. Brigg*
W. James Foland			KS #70116
John M. Brigg			KS #18211
1200 Main Street, Suite 2200
Kansas City, MO 64105-2159
816-472-7474
816-472-6262 Facsimile
jfoland@fwpclaw.com
jbrigg@fwpclaw.com
**ATTORNEYS FOR PLAINTIFF**

BRAD PISTOTNIK LAW, P.C.


    */s/ Bradley A. Pistotnik*
Bradley A. Pistotnik		KS #10626
J. Corey Sucher			KS #27789
10111 E. 21st Street, Suite 204
Wichita, KS 67206
316-684-4400
316-684-4405 Facsimile
brad@bradpistotniklaw.com
corey@bradpistotniklaw.com
**ATTORNEYS FOR DEFENDANTS
GEISER PAZ, DONILDA MARIBEL
GUTIERREZ PORTILLO, AND S.Y.P.G.**

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on this 28th day of June, 2019 I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record.


    */s/ John M. Brigg*
***Attorney for Plaintiff Dairyland Insurance Company***

3